UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7605**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRELL JAMES DEBREW,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR-92-117-BO, CA-96-67-5-BO)

———————

Submitted: February 11, 1997          Decided: July 30, 1997

———————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Darrell James Debrew, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrell James Debrew seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. He also appeals the denial of his motion for recusal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Debrew, Nos. CR-92-117-BO; CA-96-67-5-BO (E.D.N.C. Sept. 27, 1996). Moreover, because this appeal does not present any complex issues warranting a review of transcripts, we deny Appellant's request to have transcripts prepared at government expense. See 28 U.S.C. § 753(f) (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2